IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED FINANCIAL CASUALTY
COMPANY, a foreign insurer,

     Plaintiff,

 vs.

CHEEMA MOTOR LLC, a Washington
limited liability company; DEEPAK
KUMAR, an individual; ANDRIA
SWANN, individually and as a guardian
for; A. S. and A. S., her minor children,

     Defendants.

No. 3:25-cv-06045-JHC

**ORDER RE: DEFAULT JUDGMENT
AGAINST DEFENDANTS CHEEMA
MOTOR LLC, DEEPAK KUMAR,
ANDRIA SWANN, A.S., AND A.S.**

This matter comes before the Court on Plaintiff United Financial Casualty Company's (UFCC) Motion for Default Judgment against Defendants Cheema Motor LLC (Cheema), Deepak Kumar, Andria Swann, A.S., and A.S. Dkt. # 12. This Court, having reviewed the briefing, as well as all other records and pleadings on file, hereby ORDERS as follows:

The Court agrees with the arguments presented in the motion, including its application of the *Eitel* factors, and thus GRANTS it. Therefore, regarding the March 17, 2022, accident occurring in Puyallup, Washington, and the Pierce County Superior Court lawsuit entitled *Andria Swann v. Deepak Kumar et al.*, No. 24-2-07492-4, Cheema Motor LLC and Kumar are

ORDER RE: DEFAULT JUDGMENT
AGAINST CHEEMA MOTOR LLC, DEEPAK KUMAR,
ANDRIA SWANN, A.S., AND A.S. – 1
Case No. 3:25-cv-06045-JHC

not entitled to any coverage under the policy issued by United Financial Casualty Company, No. 03309821-1 (effective 3/1/22-3/1/23) ("the policy') for any and all claims asserted.

Because the Peterbilt Tractor being driven at the time of the Subject Accident was an "auto," as that term is defined, no coverage is available under the Commercial General Liability coverage part.  Because the Peterbilt Tractor being driven at the time of the Subject Accident was not an "insured auto," as that term is defined, no coverage is available under the Commercial Auto coverage part. Therefore, UFCC owes no duty to defend or indemnify Cheema or Kumar, and no coverage is available for the March 17, 2022, accident.

Dated this 2nd day of April, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER RE: DEFAULT JUDGMENT
AGAINST CHEEMA MOTOR LLC, DEEPAK KUMAR,
ANDRIA SWANN, A.S., AND A.S. – 2
Case No. 3:25-cv-06045-JHC